```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN E. CHEN,

                    Petitioner,

        - against -

WARDEN, MDC BROOKLYN,

                    Respondent.
-----------------------------------------------------------X
```

**JUDGMENT**
12-CV-4405 (RRM)(LB)
12-CV-4772 (RRM)(LB)
12-CV-4908 (RRM)(LB)
13-CV-221 (RRM)(LB)
13-CV-547 (RRM)(LB)

A Memorandum and Order having been filed this day, denying the above-captioned petitions seeking habeas corpus relief; dismissing petitioner's claims; and directing the Clerk of the Court to close these cases, it is

ORDERED ADJUDGED AND DECREED that petitioner take nothing of respondent; that the petitions for writs of habeas corpus are denied; that a certificate of appealability is denied as to all petitions; and that these cases are hereby closed.

Dated: Brooklyn, New York
       July 1, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

1